**19CM00259**

## Notice to District Court of Related Criminal Duty Filing

FILED
2019 APR 22 PM 3:47
CLERK U.S. DISTRICT COURT
LOS ANGELES

COPY

Number of current Criminal Duty Filing: CR Misc. No. _____

Title(s) of document(s) making up current criminal duty filing: Stipulation to Extend the Deadline to File Civil Forfeiture Complaint and [Proposed] Order

The United States of America hereby informs the Court that the above-referenced criminal duty filing (*check all that apply and provide appropriate information*):

a) ☐ does not relate to any previously filed criminal duty matters;

b) ✓ relates to the following criminal duty matter(s) previously filed and assigned (*provide case number(s) and assigned judge(s) for all related criminal duty matters*):

CV 18-6742-RGK; CV 18-8420-RGK – CV 18-8764; Hon. R. Gary Klausner

c) ☐ relates to the following indictment(s) previously filed and assigned (*provide case number(s) and assigned judge(s) for all related pending indictments*):

There is a particular reason this criminal duty matter should be assigned to a judge assigned either a related criminal duty matter or a related indictment listed above. Explain:

Assigning this matter to a different judge would require familiarization of this investigation by a new bench officer, wasting scarce judicial resources

Respectfully submitted,

DATED:  April 22, 2019

JOHN J. KUCERA
Assistant United States Attorney

---

**This notice must be submitted with every criminal duty filing. Multiple documents submitted concurrently for the same matter are considered one criminal duty filing for purposes of submitting this notice.**